IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DONALD F. WALTON             :  CIVIL ACTION NO.  02-8159

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

    **AND NOW**, this 23rd day of July, 2003, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

    **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

_____
WILLIAM H. YOHN, JR.,  JUDGE

Civ 15 (8/80)